Electronically Filed
Kahalah A. Clay
Circuit Clerk
CARMEN GLENN
20L0304
St. Clair County
4/13/2020 1:54 PM
9065624

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

JAMES GALBRAITH JR. and, )
TIFFANY GALBRAITH )
    Plaintiffs, )
    )
    ) No: 20-L-0304
vs. )
    )
GRACE KNIGHT, MONSTER ENERGY )
COMPANY, EFM TRUST, EAN HOLDINGS, LLC.,)    JURY DEMAND
and ENTERPRISE FLEET MANAGEMENT, LLC. )
    Defendants. )

## COMPLAINT

## COUNT I

COMES NOW, the Plaintiff, JAMES GALBRAITH JR., by and through his attorney,

Benjamin T. Stephens, of Johnston Law Offices, P.C., Attorneys at Law, and for his cause of

action against the Defendant, GRACE KNIGHT, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH

JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being

operated in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

2. That at all times herein mentioned, the Defendant, GRACE KNIGHT, was the

owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which she was

operating in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

3. That at said time and for a long time prior and subsequent thereto, North Illinois

Street, was and still is, a paved public highway in said City, County, and State.

4. That at all times herein mentioned, it was the duty of the Defendant, GRACE

KNIGHT, to use reasonable care and caution for the safety of the Plaintiff, JAMES

GALBRAITH JR.

5. That at said time and place, the Defendant, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to collide with the vehicle of the Plaintiff, JAMES GALBRAITH JR.

6. That at all times herein mentioned, the Defendant, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A.   Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B.   Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C.   Failed to keep her vehicle under proper control;

D.   Failed to see and observe the vehicle of the Plaintiff; and

E.   Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

7. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, GRACE KNIGHT, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in his future earning capacity.

WHEREFORE, the Plaintiff, JAMES GALBRAITH JR., prays for judgment against

the Defendant, GRACE KNIGHT, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/_Benjamin T. Stephens_____
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

### COUNT II- LOSS OF CONSORTIUM

COMES NOW, the Plaintiff, TIFFANY GALBRAITH, by and through her attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., Attorneys at Law, and for her cause of action against the Defendant, GRACE KNIGHT, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2. That at all times herein mentioned, the Defendant, GRACE KNIGHT, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which she was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

3. That at said time and for a long time prior and subsequent thereto, North Illinois Street, was and still is, a paved public highway in said City, County, and State.

4. That at all times herein mentioned, it was the duty of the Defendant, GRACE

KNIGHT, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

6. That at said time and place, the Defendant, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to collide with the vehicle of the Plaintiff, JAMES GALBRAITH JR.

7. That at all times herein mentioned, the Defendant, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

8. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, GRACE KNIGHT, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in his future earning capacity.

9. That as a direct and proximate result of one or more of the foregoing acts of conduct, calculated to inflict severe and emotional distress upon the Plaintiff's husband, the Plaintiff TIFFANY GALBRAITH, has been deprived of the companionship and society of her husband.

WHEREFORE, the Plaintiff, TIFFANY GALBRAITH, prays for judgment against the Defendant, GRACE KNIGHT, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/ Benjamin T. Stephens
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT III

COMES NOW, the Plaintiff, JAMES GALBRAITH JR., by and through attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, MONSTER ENERGY COMPANY, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2. That Defendant GRACE KNIGHT, at all times mentioned herein, was the

employee, agent and/or servant of Defendant MONSTER ENERGY COMPANY, and was acting within the course and scope of her employment at the time of the collision.

3. That at all times herein mentioned, the Defendant, MONSTER ENERGY COMPANY, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4. That MONSTER ENERGY COMPANY, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5. That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, MONSTER ENERGY COMPANY, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, MONSTER ENERGY COMPANY, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, MONSTER ENERGY COMPANY, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, MONSTER ENERGY COMPANY, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

WHEREFORE, the Plaintiff, JAMES GALBRAITH JR., prays for judgment against the Defendant, MONSTER ENERGY COMPANY, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/ Benjamin T. Stephens
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT IV- LOSS OF CONSORTIUM

COMES NOW, the Plaintiff, TIFFANY GALBRAITH, by and through attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, MONSTER ENERGY COMPANY, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2. That Defendant GRACE KNIGHT, at all times mentioned herein, was the employee, agent and/or servant of Defendant MONSTER ENERGY COMPANY, and was acting within the course and scope of her employment at the time of the collision.

3. That at all times herein mentioned, the Defendant, MONSTER ENERGY COMPANY, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4. That MONSTER ENERGY COMPANY, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5. That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, MONSTER ENERGY COMPANY, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, MONSTER ENERGY COMPANY, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, MONSTER ENERGY COMPANY, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, MONSTER ENERGY COMPANY, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning

capacity.

10. That as a direct and proximate result of one or more of the foregoing acts of conduct, calculated to inflict severe and emotional distress upon the Plaintiff's husband, the Plaintiff TIFFANY GALBRAITH, has been deprived of the companionship and society of her husband.

WHEREFORE, the Plaintiff, TIFFANY GALBRAITH, prays for judgment against the Defendant, MONSTER ENERGY COMPANY, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

_/s/ Benjamin T. Stephens_
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

<u>COUNT V</u>

COMES NOW, the Plaintiff, JAMES GALBRAITH JR., by and through attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, EFM TRUST, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2. That Defendant GRACE KNIGHT, at all times mentioned herein, was the employee, agent and/or servant of Defendant EFM TRUST, and was acting within the course and

scope of her employment at the time of the collision.

3. That at all times herein mentioned, the Defendant, EFM TRUST, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4. That EFM TRUST, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5. That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, EFM TRUST, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, EFM TRUST, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, EFM TRUST, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, EFM TRUST, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

WHEREFORE, the Plaintiff, JAMES GALBRAITH JR., prays for judgment against the Defendant, EFM TRUST, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/ Benjamin T. Stephens
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT VI- LOSS OF CONSORTIUM

COMES NOW, the Plaintiff, TIFFANY GALBRAITH, by and through attorney,

Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, EFM TRUST, states as follows:

1.  That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2.  That Defendant GRACE KNIGHT, at all times mentioned herein, was the employee, agent and/or servant of Defendant EFM TRUST, and was acting within the course and scope of her employment at the time of the collision.

3.  That at all times herein mentioned, the Defendant, EFM TRUST, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4.  That EFM TRUST, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5.  That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6.  That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, EFM TRUST, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7.  That at said time and place, the Defendant, EFM TRUST, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8.   That at all times herein mentioned, the Defendant, EFM TRUST, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A.   Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B.   Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C.   Failed to keep her vehicle under proper control;

D.   Failed to see and observe the vehicle of the Plaintiff; and

E.   Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9.   That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, EFM TRUST, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

10.   That as a direct and proximate result of one or more of the foregoing acts of conduct, calculated to inflict severe and emotional distress upon the Plaintiff's husband, the Plaintiff TIFFANY GALBRAITH, has been deprived of the companionship and society of her husband.

WHEREFORE, the Plaintiff, TIFFANY GALBRAITH, prays for judgment against the

Defendant, EFM TRUST, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus

costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/ Benjamin T. Stephens

Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT VII

COMES NOW, the Plaintiff, JAMES GALBRAITH JR., by and through attorney,

Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the

Defendant, EAN HOLDINGS, LLC, states as follows:

1.   That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH

JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being

operated in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

2.   That Defendant GRACE KNIGHT, at all times mentioned herein, was the

employee, agent and/or servant of Defendant EAN HOLDINGS LLC, and was acting within the

course and scope of her employment at the time of the collision.

3.   That at all times herein mentioned, the Defendant, EAN HOLDINGS, LLC, was the

owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was

operating in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

4. That EAN HOLDINGS, LLC, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5. That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, EAN HOLDINGS, LLC, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, EAN HOLDINGS, LLC, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, EAN HOLDINGS, LLC, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, EAN HOLDINGS, LLC, the Plaintiff, JAMES GALBRAITH

JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

WHEREFORE, the Plaintiff, JAMES GALBRAITH JR., prays for judgment against the Defendant, EAN HOLDINGS LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

/s/ Benjamin T. Stephens
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT VIII- LOSS OF CONSORTIUM

COMES NOW, the Plaintiff, TIFFANY GALBRAITH, by and through attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, EAN HOLDINGS LLC, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

    2.    That Defendant GRACE KNIGHT, at all times mentioned herein, was the employee, agent and/or servant of Defendant EAN HOLDINGS LLC, and was acting within the course and scope of her employment at the time of the collision.

    3.    That at all times herein mentioned, the Defendant, EAN HOLDINGS LLC, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

    4.    That EAN HOLDINGS LLC, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

    5.    That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

    6.    That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, EAN HOLDINGS LLC, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

    7.    That at said time and place, the Defendant, EAN HOLDINGS LLC, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

    8.    That at all times herein mentioned, the Defendant, EAN HOLDINGS LLC, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

    A.  Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, EAN HOLDINGS LLC, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

10. That as a direct and proximate result of one or more of the foregoing acts of conduct, calculated to inflict severe and emotional distress upon the Plaintiff's husband, the Plaintiff TIFFANY GALBRAITH, has been deprived of the companionship and society of her husband.

WHEREFORE, the Plaintiff, TIFFANY GALBRAITH, prays for judgment against the Defendant, EAN HOLDINGS LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

 /s/ Benjamin T. Stephens
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

### COUNT IX

COMES NOW, the Plaintiff, JAMES GALBRAITH JR., by and through attorney,

Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the

Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, states as follows:

1.  That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH

JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being

operated in a generally Eastbound direction along and upon North Illinois Street, in the City of

Fairview Heights, County of St. Clair, State of Illinois.

2.  That Defendant GRACE KNIGHT, at all times mentioned herein, was the

employee, agent and/or servant of Defendant ENTERPRISE FLEET MANAGEMENT, LLC,

and was acting within the course and scope of her employment at the time of the collision.

3.  That at all times herein mentioned, the Defendant, ENTERPRISE FLEET

MANAGEMENT, LLC, was the owner and/or operator of a certain vehicle, to-wit: a 2017

Chevrolet Express, which was operating in a generally Eastbound direction along and upon

North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4.  That ENTERPRISE FLEET MANAGEMENT, LLC, was and is a business licensed

to do business in the County of St. Clair, State of Illinois.

5.  That at said time and for a long time prior and subsequent thereto, North Illinois

Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

C. Failed to keep her vehicle under proper control;

D. Failed to see and observe the vehicle of the Plaintiff; and

E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he

has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

WHEREFORE, the Plaintiff, JAMES GALBRAITH JR., prays for judgment against the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

_/s/ Benjamin T. Stephens_
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)

## COUNT X- LOSS OF CONSORTIUM

COMES NOW, the Plaintiff, TIFFANY GALBRAITH, by and through attorney, Benjamin T. Stephens, of Johnston Law Offices, P.C., and for this cause of action against the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, states as follows:

1. That on or about the 24th day of April, 2018, the Plaintiff, JAMES GALBRAITH JR., was the passenger of a certain vehicle, to-wit: a 2005 Toyota Highlander, which was being operated in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

2. That Defendant GRACE KNIGHT, at all times mentioned herein, was the

employee, agent and/or servant of Defendant ENTERPRISE FLEET MANAGEMENT, LLC, and was acting within the course and scope of her employment at the time of the collision.

3. That at all times herein mentioned, the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, was the owner and/or operator of a certain vehicle, to-wit: a 2017 Chevrolet Express, which was operating in a generally Eastbound direction along and upon North Illinois Street, in the City of Fairview Heights, County of St. Clair, State of Illinois.

4. That ENTERPRISE FLEET MANAGEMENT, LLC, was and is a business licensed to do business in the County of St. Clair, State of Illinois.

5. That at said time and for a long time prior and subsequent thereto, North Illinois Street was and still is a paved public highway in said City, County, and State.

6. That at all times herein mentioned, by and through their agent and/or employee, GRACE KNIGHT, it was the duty of the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, to use reasonable care and caution for the safety of the Plaintiff, JAMES GALBRAITH JR.

7. That at said time and place, the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, by and through their agent and/or employee, GRACE KNIGHT, negligently operated her vehicle so that as a direct and proximate result thereof, caused her vehicle to strike the vehicle of the Plaintiff, JAMES GALBRAITH JR.

8. That at all times herein mentioned, the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, by and through its agent and/or employee, GRACE KNIGHT, was guilty of one or more of the following negligent acts or omissions:

A. Failed to keep a proper or any look out for the Plaintiff and other traffic on a public roadway;

B. Failed to reduce the speed of her vehicle as necessary to avoid colliding with any

person or vehicle on said roadway in violation of Illinois Compiled Statutes, 625 ILCS 5/11-601;

    C. Failed to keep her vehicle under proper control;

    D. Failed to see and observe the vehicle of the Plaintiff; and

    E. Operated her vehicle at a speed that was unreasonable and improper under existing circumstances.

    9. That as a direct and proximate result of one or more of the foregoing acts or omissions of negligence by the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, the Plaintiff, JAMES GALBRAITH JR., sustained severe and permanent injuries both internally and externally, numerous parts of his body and nervous system were injured and their functions impaired; he has in the past and will in the future continue to suffer great pain and anguish; he has expended and will be compelled to expend large sums of money for certain doctor, hospital, medical, and pharmaceutical expenses for the treatment of said injuries and will be compelled to expend large sums of money in the future for the treatment of his injuries; and he has lost and will in the future lose wages from his gainful employment and he has been damaged in her future earning capacity.

    10. That as a direct and proximate result of one or more of the foregoing acts of conduct, calculated to inflict severe and emotional distress upon the Plaintiff's husband, the Plaintiff TIFFANY GALBRAITH, has been deprived of the companionship and society of her husband.

    WHEREFORE, the Plaintiff, TIFFANY GALBRAITH, prays for judgment against the Defendant, ENTERPRISE FLEET MANAGEMENT, LLC, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

JOHNSTON LAW OFFICES, P.C.

_/s/ Benjamin T. Stephens_
Benjamin T. Stephens - #6288629
420 South Buchanan
Edwardsville, IL 62025
(618) 655-1234; (618) 655-0624
Attorney for Plaintiff(s)